# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.

VS.

CITATION / CASE NO. __5:05-cr-10 TAG__

JUDGMENT &

## ORDER TO PAY

Jeremy M. Cason

~~SOCIAL SECURITY #~~

DATE OF BIRTH: __08-23-85__

DRIVER'S LICENSE #: __D6633995__

~~ADDRESS~~

~~City~~          ~~State~~          ~~Zip Code~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: __10-11-05__          _Jeremy Cason_
                            DEFENDANT'S SIGNATURE

## YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

CITATION / CASE NO: __5:05-cr-10 TAG__   FINE __200.00__   ASGMT. __10.00__

CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(✓) **FINE TOTAL** of $ __200.00__ and a penalty assessment of $ __10.00__ within _____ __30__ (days)/~~months~~ or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

( ) **RESTITUTION** _____

( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____

to be completed by _____ with proof mailed to the Clerk of the Court.

( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____

(✓) **PROBATION** to be (unsupervised) / ~~supervised~~ for: __7 months, compliance hearing set 5/11/06 @ 10:30 AM. To attend narcotics classes, (12) classes/sessions and file proof w/ the Court__

(✓) Count one of Information is DISMISSED.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
501 "I" St. #4200
Sacramento, CA 95814

CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATE: __10/11/05__

_for_ U.S. MAGISTRATE JUDGE

Clerk's Office          ⊛

EDCA - 03 Rev 8/97